IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| COLLEEN BARILLARI and WILLIAM BARILLARI | : | Civ. No. 3:12-CV-00034 |
|---|---|---|
| | : | (Judge Brann) |
| Plaintiffs, | : | |
| v. | : | |
| SKI SHAWNEE, INC., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 12th day of November, 2013, it is hereby ORDERED, in accordance with a Memorandum of this same date, that the Defendant, Ski Shawnee, Inc.'s motion for summary judgment is hereby DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge